Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of __Arizona__
### _____ Division

FILED ✗  LODGED ___
RECEIVED ___  COPY ___

MAR 11 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Nicholas woodall, United States of Arizona )   Case No.  **CV22-00384-PHX-DLR**
)                 (to be filled in by the Clerk's Office)
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )   Jury Trial: (check one)  ✓ Yes   ☐ No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
State of Arizona, Arizona Department of Public Safety )
)   THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
)   TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
)   AND IS SUBJECT TO REJECTION BY THE COURT.
)
)   REFERENCE  LRCivP 5.4
*Defendant(s)* )                      (Rule Number/Section)
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

|           |                                |
|-----------|--------------------------------|
| Name      | Nicholas Woodall               |
| Street Address | 3710 W. Northern Ave. Apt 318 |
| City and County | Phoenix, Maricopa          |
| State and Zip Code | Arizona, 85051          |
| Telephone Number | 512-297-8742              |
| E-mail Address | JustNickynicky@gmail.com    |

Plaintiff: United States of America
Two Renaissance Square 40 N. Central Avenue, Suite 1800
Phoenix, Maricopa
Arizona, 85004-4449

Page 1 of 6

Defendant No. 1
　　Name                              State of Arizona
　　Job or Title (if known)           Attorney General, Mark Brnovich
　　Street Address                    2005 N Central Ave
　　City and County                   Phoenix, Maricopa
　　State and Zip Code                Arizona, 85004-2926
　　Telephone Number                  (602) 542-5025
　　E-mail Address (if known)

Defendant No. 2
　　Name                              State of Arizona
　　Job or Title (if known)           Governor, Doug Ducey
　　Street Address                    1700 West Washington Street
　　City and County                   Phoenix, Maricopa
　　State and Zip Code                Arizona, 85007
　　Telephone Number                  602.542.4331
　　E-mail Address (if known)

Defendant No. 3
　　Name                              State of Arizona Department of Public Safety
　　Job or Title (if known)
　　Street Address                    2222 W. Encanto Blvd.
　　City and County                   Phoenix, Maricopa
　　State and Zip Code                Arizona, 85009
　　Telephone Number                  602.223.2000
　　E-mail Address (if known)

Defendant No. 4
　　Name                              Arizona Secretary of State
　　Job or Title (if known)           Katie Hobbs
　　Street Address                    Office of the Secretary of State 1700 W Washington St Fl 7
　　City and County                   Phoenix, Maricopa
　　State and Zip Code                Arizona 85007-2808
　　Telephone Number                  602-542-4285
　　E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article 1 section 10 of the US Constitution, 14th Amendment section 1 and section 5, Title 42 ch21 sect 1983

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**The State of Arizona has created laws that violate the rights granted to the people by the United States of America. It has passed laws violating Article 1 section 10 of the Constitution, making ex post facto laws and entities to enforce those laws. These laws also violate the 14th amendment section 1 by depriving people (and myself) of the liberty of employment and the equal protections of the laws. The state has done this by passing laws that created an addition to the Department of Public Safety, "the fingerprint division" and required or allow it to deter and prevent people (myself also) convicted of crimes from continuing or obtaining employment in private business and independent contractor work. The list of their oppressions is ever growing, Continued on page 6 of 6**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Relief sought by United States of America: Repeal of all laws violating the in question Articles of The United States of America and a formal written apology to the US Congress, additional relief may be requested. Relief requested by Nicholas woodall: Repeal of violating laws, $65,00.00 combined from all defendants, punative damages for burden(s) and mental anguish. An apology/ acknowledgment and credit for correction, by the Governor and heads of Az House and Senate. To be done as full page news ads (5 ads in papers of my choice) and also 20 (30 second ads) run on major news channels of my choice. If apology denied, additional $65,00.00**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/11/2022

Signature of Plaintiff

Printed Name of Plaintiff    Nicholas woodall

Page 5 of 6

Continued from page 4
It does this by enforcing state laws that state certain crimes are prevented from obtaining fingerprint id card(s) as well as allowing practices/customs that require and allow the fingerprint division and its board of fingerprinting to deny applicants different types of 'fingerprint cards'. In the same laws that create the fingerprint division are laws that prevent employees from obtaining cards. Included and also are a growing list of laws preventing employers from employing persons who can not obtain these cards. The laws are as follows:     Arizona Revised Statutes Title 41, ch,12, article 3.1 laws 41-1758 to 41-1758.08, creation and enforcement of laws, practices and customs of the fingerprint division.     The practice/custom of discrimination is evident in the creation language used in the law and the 'dept' practices. Since the creation and upon the passing or enacting of each new addition to the fingerprint jobs list. Persons are and have been denied employment as an initial practice, ignoring that their crimes were arrested or convicted before the creation of these 'finger' laws. The law does not state: From this date.. persons who violate or are arrested for these laws will be denied, it states past tense violations will be denied, effectively adding to punishment (an ex post facto law) saying: Persons awaiting trial or **have been** convicted of certain offenses in AZ or other jurisdictions are precluded from receiving a fingerprint card. This also violates due process of the 14th and 4th amendments. The following laws are a list of fingerprint required jobs continually being added to, they are violations of americans (and my) rights, they may not be a complete list but cover a majority:

ARS 41-1758 ... 5. "Person" means a person who is required to be fingerprinted pursuant to any of the following:    (a) Section 3-314. (b) Section 8-105. (e) Section 8-509. (f) Section 8-802. (o) Section 17-215. (r) Section 32-122.02.(s) Section 32-122.05.(t) Section 32-122.06.(u) Section 32-823.(v) Section 32-1232.(w) Section 32-1276.01.(x) Section 32-1284.(y) Section 32-1297.01.(z) Section 32-1904.(aa) Section 32-1941.(bb) Section 32-1982.(cc) Section 32-2022.(dd) Section 32-2063.(ee) Section 32-2108.01.(ff) Section 32-2123.(gg) Section 32-2371.(hh) Section 32-3430.(ii) Section 32-3620.(jj) Section 32-3668.(kk) Section 32-3669.(ll) Section 32-4128.(oo) Section 36-411.(pp) Section 36-425.03.(qq) Section 36-446.04.(uu) Section 36-882.(vv) Section 36-883.02.(ww) Section 36-897.01.(xx) Section 36-897.03. Section 36-2819, Section 36-2855 (yy) Section 36-3008.(bbb) Section 41-1964.(ccc) Section 41-1967.01.

**In claim of Article 1 sect.10 of the U.S. Constitution**, this claim is brought against the State of Arizona relief is sought where applicable and as listed on page 4 (art. 1 sect 10, 14th amd, title 42 ch21 sect 1983) For the creation and enforcement of laws which abridge and deprive privileges and liberties and denial of equal protection: The states enactment and enforcement of ex post facto laws.

**In claim of 14th Amendment sect. 1** claim is brought against the State of Arizona and the states Department of Public Safety:  Relief is sought where applicable and as listed on page 4 (art. 1 sect 10, 14th amd, title 42 ch21 sect 1983) For the creation and enforcement of laws which abridge and deprive privileges and liberties and denial of equal protection: The states enactment and enforcement of ex post facto laws.

Note of mention from Nicholas woodall: While the crimes listed can be terrible, the deprivation of Americans civil rights is not a solution to a problem. The failure of elect to know understand and respect the most simplest of foundations of the laws of our nation is abhorrent and worrying, whether done by omission or intention, accountability must be determined for elect who would act lazily, fanaticaly following hysterical ideology and thinking and some personal acountability should be discusssed on a community level, in order to deter that type of behavior. As an alternative, possible optional sticker program that functions similar to 'fingerprint' card program, with parties displaying participation.
It should also be noted, that Walter Blackman of the Az House has further legislation proposed that would also violate the mentioned laws, Walter has expressed interests in US Congress and this failure to respect and adhere to US law is not palatable, in my opinion.

Nicholas Woodall   3/11/2022