**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Woodall, | No. CV-22-00384-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Nicholas Woodall's application to proceed in district court without prepaying fees or costs (Doc. 2), which was not filed using the Court's approved form. Therefore,

**IT IS ORDERED** that Plaintiff's application to proceed in district court without prepaying fees or costs (Doc. 2) is **DENIED** without prejudice. Plaintiff has 7 days from the issuance of this order to file a second application using the Court's form.[1]

Dated this 16th day of March, 2022.

Douglas L. Rayes
United States District Judge

---

[1] The form is available at https://www.azd.uscourts.gov/forms. The proper form is labeled "AO 239 – Application to Proceed in District Court Without Prepaying Fees or Costs."