**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholas Woodall, | No. CV-22-00384-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, | |
| Defendant. | |

After granting Plaintiff's application for a fee waiver (Doc. 7), the Court dismissed Plaintiff's second amended complaint ("SAC") with prejudice (Doc. 19). Plaintiff has appealed the dismissal to the Ninth circuit Court of Appeals (Doc. 20), and the Ninth Circuit has referred the matter to this Court for the limited purpose of determining whether Plaintiff's fee waiver should continue for his appeal or whether it should be revoked because the appeal is frivolous or taken in bad faith. (Doc. 22.) A litigant may not proceed with an appeal on a fee waiver if it is taken in bad faith or is frivolous. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). The Court finds that Plaintiff's appeal is frivolous, as Plaintiff cannot sue the State of Arizona for damages stemming from alleged constitutional violations because the State is not a person under 42 U.S.C. § 1983. Accordingly,

**IT IS ORDERED** that Plaintiff's fee waiver is revoked.

Dated this 19th day of July, 2022.

Douglas L. Rayes
United States District Judge